UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

      Plaintiff,

Case Number: 09-11735

Honorable: Robert H. Cleland

VS.

Claim Number: 1998A13451

YOLANDA ADAMS,

      Defendant,
_____/
PAMELA S. RITTER (P47886)
Holzman Ritter & Corkery PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

**ORDER FOR WAGE ASSIGNMENT**

At a session of said Court, held in the City of Detroit,
Wayne County Michigan on  7/28/2009
Present: HONORABLE   Robert H. Cleland
U.S. District Court Judge

In accordance with the Stipulation of the parties: It is hereby ordered that BEAUMONT HOSPITAL deduct the sum of $75.00 per pay from the wages of said defendant, YOLANDA ADAMS social security number: XXX-XX-4624 and transmit such sum to:

**U.S. Department of Justice
NCIF
P.O. Box 70932
Charlotte, NC  28272-0932**

**Please include account number 1998A13451**

This wage assignment is to remain in effect until the balance of **$5,908.54 plus accruing interest** is satisfied.  The office of HOLZMAN RITTER & CORKERY PLLC., Attorney for UNITED STATES OF AMERICA will notify BEAUMONT HOSPTIAL when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon BEAUMONT HOSPITAL Payroll Department.

| | |
|---|---|
| 7/28/2009 | ____s/Robert H.  Cleland |
| Date | U.S. District Judge |